Marcie E. Schaap #4660
Joseph D. Amadon #16386
Marcie E. Schaap, Attorney at Law, P.C.
4760 S. Highland Drive  #333
Salt Lake City, Utah 84117
Telephone:	(801) 201-1642
Facsimile:	(801) 666-7749
E-mail:	marcie@marcieeschaap.com
	joe@marcieeschaap.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| IHC HEALTH SERVICES, INC., dba MCKAY-DEE HOSPITAL, | ) ) ) | |
| Plaintiff, | ) ) | **NOTICE OF VERBAL SETTLEMENT** |
| vs. | ) ) | Case No. 2:22-cv-00269-DAO |
| WESTERN GOVERNORS UNIVERSITY, and CIGNA HEALTH AND LIFE INSURANCE COMPANY, | ) ) ) ) | Magistrate Judge Daphne A. Oberg |
| Defendants. | ) ) | |

    The Plaintiff wishes to inform the Court that the parties have reached a verbal settlement of the dispute involved in this matter.  The parties are currently finalizing and obtaining signatures on a formal written agreement to memorialize their settlement.  Once the settlement is finalized, the Plaintiff will file a Notice of Voluntary Dismissal with Prejudice and a Proposed Order.  The Plaintiff anticipates that this will take approximately thirty days.

The parties thank the Court in advance for its consideration of this matter.

    DATED  June 28, 2022.

                                                      /s/ Marcie E. Schaap
                                                   Counsel for Plaintiff