Marcie E. Schaap #4660
Joseph D. Amadon #16386
Marcie E. Schaap, Attorney at Law, P.C.
4760 S. Highland Drive  #333
Salt Lake City, Utah 84117
Telephone:      (801) 201-1642
Facsimile:       (801) 666-7749
E-mail:           marcie@marcieeschaap.com
                       joe@marcieeschaap.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IHC HEALTH SERVICES, INC., dba MCKAY-DEE HOSPITAL, | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| vs. | Case No. 2:22-cv-00269-DAO |
| WESTERN GOVERNORS UNIVERSITY, and CIGNA HEALTH AND LIFE INSURANCE COMPANY, | Magistrate Judge Daphne A. Oberg |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and by agreement of the parties, Plaintiff, IHC Health Services, Inc., dba McKay-Dee Hospital, and Defendants, Western Governors University and Cigna Health and Life Insurance Company, hereby stipulate that this action be dismissed with prejudice.  Each party will bear its own attorneys' fees and costs.

DATED this 21st day of July, 2022.

| | |
|---|---|
| MARCIE E. SCHAAP<br>ATTORNEY AT LAW, P.C.<br><br> /s/  Marcie E. Schaap<br>*Attorney for Plaintiff* | RAY, QUINNEY & NEBEKER, PC<br><br> /s/   Scott A. Hagen<br>*Attorney for Defendant Western Governors University*<br>*(Signed by Marcie E. Schaap with permission of Mr. Hagen)* |

CIGNA HEALTH AND LIFE INSURANCE COMPANY

 /s/      Glenn Gerhard
*Its:  Business Analytics Managing Director*
*Defendant Cigna Health & Life Insurance Co.*
*(Signed by Marcie E. Schaap with permission of Mr. Gerhard)*

2